IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | 1:20-CR-093 |
| TONA NIKIA WRIGHT, | ) | |
| Defendant. | ) | |

### ORDER

On February 26, 2021, the Court set an unsecured bond for Defendant Tona Nikia Wright in the amount of $20,000.00. The conditions of defendant's release included a direction that she refrain from any use or unlawful possession of a narcotic drug unless prescribed by a licensed medical practitioner.

Following the defendant's change of plea hearing on June 8, 2021, the defendant submitted a urine sample for drug testing in the United States Probation Office. The Court was notified by the probation officer that the defendant failed the drug test in violation of her bond conditions. The defendant admitted using cocaine and signed an admission of use form.

Court was reconvened and the defendant through her attorney verbally admitted having used cocaine in violation of the conditions of her bond. Therefore, the Court finds clear and convincing evidence that defendant, TONA NIKIA WRIGHT, violated the conditions of her bond. Given her apparent drug dependence, peculiar conduct at the time of the offense, and her disregard for the orders and expectations of the Court, this defendant is likely a danger to herself and the public.

IT IS THEREFORE ORDERED that the defendant's bond is REVOKED and that pursuant to Federal Rule of Criminal Procedure 46(f)(1), the unsecured bond in the amount of

$20,000.00 is hereby forfeited to the United States of America. The United States Attorney shall present a judgment for entry at a later time.

The Clerk is directed to serve a copy of this order on the defendant, counsel of record, the United States Probation Office, and the Financial Administrator for the Southern District of Georgia.

The defendant is remanded to the custody of the United States Marshal pending sentencing.

SO ORDERED this 9th day of June, 2021 at Augusta, Georgia.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE